B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Robert Nassier Gray / Ashley Nicole Gray**, Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> **Michigan State Housing Authority** | **Describe Property Securing Debt:** <br> **Petitioners' residence** <br> **Location: 21541 Barton St., Saint Clair Shores MI 48081-1207** <br> **2015 Assessed Value 40,500** |
|---|---|

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> **Pirate Tools** | **Describe Property Securing Debt:** <br> **Tools and toolbox used at husband's workplace.** |
|---|---|

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Snap On Crdt | **Describe Property Securing Debt:**<br>Tools and toolbox used at husband's workplace. |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Us Bank Home Mortgage | **Describe Property Securing Debt:**<br>Petitioners' residence<br>Location: 21541 Barton St., Saint Clair Shores MI 48081-1207<br>2015 Assessed Value 40,500 |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Chrysler Capital | **Describe Leased Property:**<br>36 moth lease for 2014 Dodge Journey at $375/month | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

15-44811-wsd    Doc 8    Filed 03/27/15    Entered 03/27/15 14:47:16    Page 2 of 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **March 27, 2015** Signature **/s/ Robert Nassier Gray**
**Robert Nassier Gray**
Debtor

Date **March 27, 2015** Signature **/s/ Ashley Nicole Gray**
**Ashley Nicole Gray**
Joint Debtor